IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 MAY 17 PM 4: 46

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

JOHN McGRAIL,

    Plaintiff,

v.    No. 04-CV-2636 B/P

METROPOLITAN LIFE INSURANCE
COMPANY,

    Defendant.

## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME

Defendant Metropolitan Life Insurance Company having moved the Court for an extension of time for the parties to file their motions for judgment on the record and their responses, Plaintiff's counsel having consented thereto and for good cause shown,

It is hereby ordered that the parties shall have through and until May 27, 2005 to file their motions for judgment on the record and through and until July 1, 2005, to file their responses.

_____
United States Judge

Date: May 17, 2005

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 5-18-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 13 in case 2:04-CV-02636 was distributed by fax, mail, or direct printing on May 18, 2005 to the parties listed.

---

Justin Gilbert
THE GILBERT LAW FIRM
2021 Greystone Park
Jackson, TN 38308

Michael L. Russell
THE GILBERT LAW FIRM
2021 Greystone Park
Jackson, TN 38308

Kenneth P. Jones
BOURLAND HEFLIN ALAREZ & MINOR
5400 Poplar Avenue
Ste. 100
Memphis, TN 38119

John J. Heflin
BOURLAND HEFLIN ALAREZ & MINOR
5400 Poplar Avenue
Ste. 100
Memphis, TN 38119

Honorable J. Breen
US DISTRICT COURT