**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**Western Division**

FILED BY _____ D.C.

05 JUN 30 PM 3: 59

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN. MEMPHIS

| | | |
|---|---|---|
| JOHN McGRAIL | § | |
|     Plaintiff, | § | |
| | § | |
| vs. | § | Case No. 04cv2636-B/P |
| | § | |
| METROPOLITAN LIFE INSURANCE | § | |
| COMPANY | § | |
| | § | |
|     Defendant. | § | |

## ORDER

ON THIS DATE, the Court considered the Parties' Joint Motion to Enlarge the Deadline for filing Responses to Motions for Judgment.  For good cause shown, that Motion is GRANTED and the deadline for filing Responses to Motions for Judgment is enlarged from its current setting of July 1, 2005 and hereby reset to July 15, 2005.

IT IS SO ORDERED.

J. Daniel Breen
United States District Judge

DATE OF ENTRY: 6/30/05

This document entered on the docket sheet In compliance
with Rule 58 and/or 79(a) FRCP on 7-1-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 23 in case 2:04-CV-02636 was distributed by fax, mail, or direct printing on July 1, 2005 to the parties listed.

Justin Gilbert
THE GILBERT LAW FIRM
2021 Greystone Park
Jackson, TN 38308

Kenneth P. Jones
BOURLAND HEFLIN ALAREZ & MINOR
5400 Poplar Avenue
Ste. 100
Memphis, TN 38119

John J. Heflin
BOURLAND HEFLIN ALAREZ & MINOR
5400 Poplar Avenue
Ste. 100
Memphis, TN 38119

Michael L. Russell
THE GILBERT LAW FIRM
2021 Greystone Park
Jackson, TN 38308

Honorable J. Breen
US DISTRICT COURT