IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 AUG -1  AM 11: 00

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN. MEMPHIS

JOHN McGRAIL,

      Plaintiff,

v.

METROPOLITAN LIFE INSURANCE
COMPANY,

      Defendant.

No. 04-CV-2636 B/P

---

## CONSENT ORDER OF DISMISSAL WITH PREJUDICE

---

The parties have advised the Court that they have reached an agreement resolving all matters at dispute in this litigation.   Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the case is dismissed with prejudice.  Each party shall bear its own attorney's fees and costs, and no discretionary costs shall be sought or awarded.

J. DANIEL BREEN
United States District Court Judge

Date: July 31, 2005

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 8-1-05

24

APPROVED:

*Justin Gilbert / by Ken Jones with permission*

JUSTIN GILBERT
Tennessee Disciplinary No. 17079
Attorney for Plaintiff, John McGrail
GILBERT & RUSSELL, PLC
2021 Greystone Park, P. O. Box 11357
Jackson, TN 38308
Tel.:    (731) 664-1340
Fax:    (31) 664-1540


JOHN J. HEFLIN, III
Tennessee Disciplinary No. 6142
KENNETH P. JONES
Tennessee Disciplinary No. 16168
Attorneys for Defendant, Metropolitan Life Insurance Company
BOURLAND, HEFLIN, ALVAREZ & MINOR, PLC
5400 Poplar Avenue, Suite 100
Memphis, TN 38119-3678
Tel.:    (901) 683-3526
Fax:    (901) 763-1037


## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing proposed order has been mailed to Justin S. Gilbert, Esq., Gilbert & Russell, PLC, 2021 Greystone Park, P. O. Box 11357, Jackson, TN 38308, by United States Mail, postage prepaid, this 25 day of July, 2005.

Kenneth P. Jones

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 24 in case 2:04-CV-02636 was distributed by fax, mail, or direct printing on August 1, 2005 to the parties listed.

---

Justin Gilbert
THE GILBERT LAW FIRM
2021 Greystone Park
Jackson, TN 38308

Michael L. Russell
THE GILBERT LAW FIRM
2021 Greystone Park
Jackson, TN 38308

Kenneth P. Jones
BOURLAND HEFLIN ALAREZ & MINOR
5400 Poplar Avenue
Ste. 100
Memphis, TN 38119

John J. Heflin
BOURLAND HEFLIN ALAREZ & MINOR
5400 Poplar Avenue
Ste. 100
Memphis, TN 38119

Honorable J. Breen
US DISTRICT COURT